**MADE JS-6**

BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI ADELSTEIN & DICKINSON
500 North Central Avenue, Suite 800
Glendale, California 91203

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS PENSION PLAN; and TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS HEALTH PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>HOLLY PRODUCTIONS, LLC, a New York Limited Liability Company,<br><br>Defendant. | Case No. CV 09-4497-GW(VBKx)<br><br>**JUDGMENT**<br><br>**[F.R.C.P. 55]**<br><br>The Honorable George H. Wu |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs Trustees of the Screen Actors Guild - Producer Pension Plans and Trustees of the Screen Actors Guild - Producer Health Plan shall recover from Defendant Holly Productions, LLC, a New York Limited Liability Company, as liable for the sum of $20,700.00 for unpaid contributions, $7,521.93 in interest, $7,521.93 in liquidated damages, attorneys' fees of $1,842.00 and costs of $564.48, for an aggregate total of $33,150.34, arising from its production of theatrical project entitled "Holly". The Plans are also entitled to interest on this Judgment assessed at the maximum amount allowable under Federal law.

DATED: December 4, 2009     _____

Honorable George H. Wu
UNITED STATES DISTRICT COURT JUDGE